JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID WALLING, an individual; | ) CASE NO.: 2:20-cv-02371-FMO-JC ) |
| Plaintiff, | ) [Assigned to District Judge Fernando ) M. Olguin] ) |
| v. | ) ) |
| VINCENT MEHDIZADEH aka VINCENT ZADEH, an individual; JAIME ORTEGA, an individual; PINEAPPLE VENTURES, INC., a California corporation; and NEU-VENTURES, INC., a California corporation; | ) ORDER ON STIPULATION ) FOR DISMISSAL [46] ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ON STIPULATION OF THE PARTIES IT IS HEREBY ORDERED THAT:**

1. All claims brought by Plaintiff David Walling, ("Plaintiff") against Defendants Vincent Mehdizadeh aka Vincent Zadeh, Jaime Ortega, Pineapple Ventures, Inc. and Neu-Ventures, Inc. (collectively "Defendants") in the above-captioned action (the "present action") are hereby dismissed without prejudice;

2. Each party shall bear his or its respective costs and fees associated with the present action; and

3. The court will not retain jurisdiction to enforce the settlement agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

**IT IS SO ORDERED**

Dated this 16th day of July, 2021.

/s/
_____
Honorable Fernando M. Olguin
United States District Court Judge